# SAGHIR LLC

730 5th Avenue
9th Floor
New York, NY 10019
Tel: 212 659 7786   Fax: 718 375 9394

Uzmah Saghir, Esq.                                                                                          uzmahuk@hotmail.com

December 27, 2005

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Victor Einhorn**
      Docket No: 05-CV-9286

Dear Judge Jones,

On November 1, 2005, Victor Einhorn filed a motion to vacate or correct his sentence pursuant to 28 U.S.C. 2255.

Upon filing of the motion Mr. Einhorn had respectfully requested that the Court set a scheduling order.

No scheduling order has been set to date. Counsel further wrote to the Court on December 6, 2005 to request a scheduling order, however, Counsel has had no response and when Counsel spoke to chambers last week she was informed by the clerk she has no idea as to when the scheduling order may be issued.

Mr. Einhorn respectfully requests that this Honorable Court set an expeditious scheduling order in this matter as Mr. Einhorn believes that his claim is with merit and should be decided as quickly as possible. He would therefore, be much obliged if the Court can set a scheduling order as soon as possible so that we can have a ruling on this matter.

Thank you for your kind consideration in this matter.

Respectfully submitted,

_____

Uzmah Saghir, Esq.

1