```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
VICTOR EINHORN,                 :
                                :
            Petitioner,         :     05 Civ. 9286 (BSJ)
       v.                       :
                                :
UNITED STATES OF AMERICA,       :           ORDER
                                :
            Respondent.         :
-------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On February 15, 2008, the Court granted Petitioner's motion to vacate his sentence in the above-captioned case and Petitioner was resentenced on March 18, 2008. Accordingly, the Clerk of the Court is directed to close this case.

**SO ORDERED:**

_____
**Barbara S. Jones**
**UNITED STATES DISTRICT JUDGE**

New York, New York
May 21, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08